

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 12, 2021

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Li v. Renaud, et al.*, No. 21 Civ. 1666 (LGS)

Dear Judge Schofield:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of forty-five days to respond to the complaint (*i.e.*, from May 4 to June 18, 2021). I also respectfully request that the initial conference presently scheduled for April 22, 2021, be adjourned to June 28, 2021, or thereafter.

    The extension is respectfully requested because USCIS has scheduled an interview for the plaintiff regarding his Form I-485 for April 21, 2021. The government anticipates that the requested extension will provide adequate time for USCIS to conduct the interview and then to determine what next steps may be necessary with respect to the plaintiff's application or to proceed to take adjudicative action, which potentially would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiff's counsel consents to these requests.

    I thank the Court for its consideration of this letter.

The application is **GRANTED**. Defendant shall answer, move or otherwise respond to the complaint by **June 18, 2021**. The initial pretrial conference scheduled for April 22, 2021, (Dkt. No. 7) is **ADJOURNED to June 24, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: April 13, 2021
      New York, New York

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE