

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

> The application is **GRANTED**. By **July 9, 2021**, the Government shall answer, move or otherwise respond to the complaint. The initial conference scheduled for June 24, 2021, is **ADJOURNED to July 22, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.
>
> Dated: June 16, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Li v. Renaud, et al.*, No. 21 Civ. 1666 (LGS)

Dear Judge Schofield:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of twenty-one days to respond to the complaint (*i.e.*, from June 18 to July 9, 2021). I also respectfully request that the initial conference presently scheduled for June 24, 2021, be adjourned to July 19, 2021, or thereafter.

As noted in the government's April 12, 2021 letter, USCIS interviewed the plaintiff on April 21 regarding his application. USCIS is still working on its adjudication of the application and anticipates that the requested three-week extension will afford it sufficient time to take adjudicative action, which potentially would render this action moot. This is the government's second request for an extension of the deadline to respond to the complaint and to adjourn the initial conference.[1] Plaintiff's counsel consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   *s/ Michael J. Byars*
MICHAEL J. BYARS
Assistant United States Attorney
Telephone:  (212) 637-2793
Facsimile:  (212) 637-2786
E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)

---

[1] On April 12, 2021, the government requested an on-consent extension of forty-five days to respond to the complaint and a corresponding adjournment of the initial conference. *See* ECF No. 8. The Court granted the requested extension and adjournment. *See* ECF No. 9.